Decided May 6, 2008

STATE OF CONNECTICUT *v.* STEPHEN J. WILLIAMS

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 323 (AC 26901), is denied.

*Stephen J. Williams*, pro se, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided May 13, 2008

STATE OF CONNECTICUT *v.* SIDNEY WADE*

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 467 (AC 27397), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that there was sufficient evidence of recklessness for a conviction of second degree manslaughter when it found that there was no evidence that the defendant knew or had reason to know of a risk of death from the drugs he provided?"

SCHALLER, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 18151.

*Pamela S. Nagy*, special public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided May 13, 2008

* The appeal was withdrawn June 12, 2008.